**Celso I. DOLMO, Plaintiff–Appellee,**

v.

**Galiano TUGS, Incorporated; James Danos, Incorporated; Louisiana International Marine, L.L.C., Defendants–Appellants.**

No. 12–30186.

United States Court of Appeals, Fifth Circuit.

Oct. 2, 2012.

Beth E. Abramson, Attorney, Paul Maury Sterbcow, Esq., General Attorney, Lewis, Kullman, Sterbcow & Abramson, New Orleans, LA, Patrick Mason Dennis, Esq., Matthew Scott Finkelstein, Esq., Doyle Raizner, L.L.P., Houston, TX, for Plaintiff–Appellee.

Fred E. Salley, Esq., Salley & Associates, Covington, LA, for Defendants–Appellants.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.